CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
DIVISION

CASE NO. 00-6031

UNITED STATES OF AMERICA,

    Plaintiff, CIV-GOLD

vs.

MAGISTRATE JUDGE
SIMONTON

RAFAEL O. ALPIZAR,

    Defendant.
_____/

**CIVIL COMPLAINT COVER SHEET**

1. Did this case originate from a matter pending in the Central Region of the United States Attorney's Office prior to April 1, 1999? _____ Yes ✓ No

Respectfully submitted,

THOMAS E. SCOTT
UNITED STATES ATTORNEY

BY: MARY F. DOOLEY
ASSISTANT U.S. ATTORNEY
99 N.E. 4TH STREET
Suite 300
Miami, FL 33132
Tel No. (305) 961-9376
Fax No. (305) 530-7195
Bar No. A5500282

DATED 1/6/00