UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 00-6031-CIV-GOLD/SIMONTON

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

RAFAEL O. ALPIZAR,

    Defendant.
_____/



FILED by ____ D.C.
JAN 20 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

### ORDER SETTING TRIAL DATE

This case has been assigned to this division. The Court having reviewed the file and being fully advised in the premises, it is

ORDERED AND ADJUDGED,

1. This case is hereby scheduled to begin trial **Monday, April 24, 2000 at 9:00 a.m.**, before the undersigned District Court Judge, at 301 N. Miami Avenue, 10th Floor, Miami, Florida 33128.

2. The Calendar Call shall be held on **April 19, 2000 at 1:30 p.m.**

3. All discovery shall be completed 30 days prior to the trial date. The parties shall exchange witness and exhibit lists no later than 20 days before trial.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of January, 2000.

                                        ALAN S. GOLD
                                        UNITED STATES DISTRICT JUDGE

copies furnished:
**U.S. Magistrate Judge Andrea Simonton**
AUSA MARY DOOLEY
RAFAEL O. ALPIZAR, 18920 N.W. 19th Street, Pembroke Pines, FL 33029